UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTOINE L. ARDDS,<br><br>        Plaintiff,<br><br>    v.<br><br>WILLIAM KNIPP, et al.,<br><br>        Defendants. | Case No. 14-cv-01154-JCS (PR)<br><br>**ORDER OF TRANSFER** |

Plaintiff alleges various claims against his former jailors at Mule Creek State Prison, which is in Amador County, which lies in the Eastern District of California. This federal civil rights action is hereby TRANSFERRED to the Eastern District of California, wherein venue properly lies because a substantial part of the events or omissions giving rise to the claims occurred, and the defendants named reside, in that district. *See* 28 U.S.C. §§ 84(b), 1391(b), and 1406(a). The Clerk shall transfer this action forthwith.

**IT IS SO ORDERED.**

**Dated:** April 17, 2014

_____
JOSEPH C. SPERO
United States Magistrate Judge

No. C 14-1154 JCS (PR)
ORDER OF TRANSFER